COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   In re The State of Texas ex rel. Kim Ogg, Harris County District Attorney

Appellate case number:   01-20-00644-CR; 01-20-00645-CR; 01-20-00646-CR

Trial court case number:   1680891; 1684291; 1684291

Trial court:   228th District Court of Harris County

Relator has filed a motion for leave to amend its petition for writ of mandamus in these causes, claiming that it failed to include a challenge to another order for production of documents. Visiting Judge Leslie Yates ordered relator to produce a number of documents, which order was adopted by Judge Aguilar, but in its original petition for writ of mandamus, relator challenged only the order to produce offense reports S-19-07 and NS-20-08.

Relator now asserts that it intended to challenge another order of production and asks to amend its petition to challenge not only the order to produce reports S-19-07 and NS-20-08, but also the order to produce "all mapping, power points, or reports prepared by Harris County District Attorney's Office Investigator Nathaniel Gates."

The motion for leave is **GRANTED**. The amended petitions for writ of mandamus are ordered filed in these causes as of September 24, 2020. Because real party in interest has already filed a response to the original petitions, the Court **GRANTS** real party **15 days** from the date of this order to file a response to the amended petitions.

It is so ORDERED.

Judge's signature: ____/s/ Richard Hightower_____

☑ Acting individually    ☐ Acting for the Court

Date: __September 25, 2020___